UNITED STATES of America,
Plaintiff–Appellee

v.

Joshua David WATSON, Defendant–
Appellant.

No. 13–10794
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 24, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Kevin Joel Page, Douglas Anthony Morris, Esq., Federal Public Defender's Office, Dallas, TX, Joshua Watson, FCI Big Spring, Big Spring, TX, for Defendant–Appellant.

---

Before DAVIS, ELROD, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Joshua David Watson has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Watson has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that, even if the appeal waiver is not enforced against Watson, the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.